19 So.2d 545

**Blain KING v. STATE.**

**7 Div. 811.**

Supreme Court of Alabama.

Oct. 5, 1944.

Rehearing Denied Nov. 16, 1944.

Jas. L. Carter, of Anniston, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Chas. M. Cooper, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Blain King for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of King v. State, 31 Ala.App. 513, 19 So.2d 544.

Writ denied.

THOMAS, FOSTER, LIVINGSTON, and STAKELY, JJ., concur.